IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                 CASE NO. 4:05cr00247-04 JMM

JESSICA JONES

## AMENDED JUDGMENT

Defendant appeared April 4, 2007, for her sentence. Judgment was entered April 5, 2007 (docket entry #68). At the time the total restitution was unknown.

Counsel has now provided the Court with the total amount of restitution. Defense counsel states he does not have an objection to the amount presented to the Court.

Therefore, the Judgment is amended to include restitution to the following payees. If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment. The restitution is Joint and Several with co-defendants listed in the judgment.

| Payee | Restitution |
|---|---|
| Car Brokers | $490.00 |
| Waggoner Auto | $1,200.00 |
| Crain Automotive Holdings, LLC | $6,785.00 |
| TOTAL | $8,375.00 |

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this Amended Judgment to the United States Marshal, United States Probation Office, and the Finance Section of the Clerk's office.

IT IS SO ORDERED THIS 23rd day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE