IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.            CASE NO. 4:05cr00247-04 JMM

JESSICA JONES

## ORDER

The Amended Judgment filed April 23, 2007 (docket entry #69), contained a clerical error as to the restitution owed to Waggoner Auto. The amount of restitution ordered to Payee Waggoner Auto is $1,100.00.

The remaining portions of the Judgment and Amended Judgment (docket entries 68 and 69) remain in full force and effect. The Clerk is directed to provide a copy of this Order to the United States Marshals Office, United States Probation Office, and the Finance Section of the Clerk's office.

IT IS SO ORDERED this 21st day of May, 2008.

                                              _____
                                              UNITED STATES DISTRICT JUDGE